**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

CAMBRIN BARNES,                                                                    PLAINTIFF
ADC #147871

v.                                        4:21CV00143-BRW-JTK

DEXTER PAYNE, et al.                                                         DEFENDANTS

## <u>JUDGMENT</u>

     Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and

Adjudged that this case is DISMISSED without prejudice.

     IT IS SO ORDERED this 3rd day of May, 2021.


<u>Billy Roy Wilson</u>
UNITED STATES DISTRICT JUDGE